JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV16-00179-RGK (FFMx) | Date | July 13, 2016 |
|---|---|---|---|
| Title | Donovan Hastings v. Thomas Hussey | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS)** Order Deeming Habeas Petition Moot (DE: 1)

On August 8, 2012, United States Citizenship and Immigration Services took Defendant into custody and placed him in immigration detention after he was convicted of possessing marijuana for sale in violation of California law. On January 7, 2013, Defendant was ordered removed from the United States.

On January 29, 2016, Defendant filed a habeas petition seeking release from custody. On February 17, 2016, immigration officials released Defendant from immigration detention pending his removal from the United States and subject to an order of supervision. Because Defendant has received the relief sought, his habeas petition is **MOOT**.

**IT IS SO ORDERED.**

:

Initials of Preparer